

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00280-CV

IN RE KILLICK AEROSPACE LIMITED, KILLICK AEROSPACE, LLC, Relator

§ Original Proceeding

§ 236th District Court of Tarrant County, Texas

§ Trial Court No. 236-315925-20

§ December 23, 2020

§ Memorandum Opinion by Chief Justice Sudderth

## JUDGMENT

This court has considered relator's petition for writ of mandamus and holds that the petition should be conditionally granted. Accordingly, we conditionally grant the writ of mandamus and direct the trial court to vacate its order denying the Killick Parties' motion to dismiss, and we direct the trial court to enter an order dismissing the claims brought against the Killick Parties. Our writ will issue only if the trial court fails to comply.

It is further ordered that Real Party in Interest Bombardier Inc. and Learjet, Inc. shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Bonnie Sudderth
     Chief Justice Bonnie Sudderth